Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP**, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Dewann Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dewann Williams,<br><br>     Plaintiff,<br><br>v.<br><br>Santander Consumer USA, Inc.,<br><br>     Defendant. | Case No. 2:18-cv-00679-RFB-GWF<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE

The dispute between Plaintiff Dewann Williams ("Plaintiff") and Defendant Santander Consumer USA, Inc., ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant

with prejudice within 60 days—on or before **November 19, 2018**.

DATED this 18th day of September 2018.

          Respectfully submitted,

          **KAZEROUNI LAW GROUP, APC**

          By: /s/ Michael Kind
               Michael Kind, Esq.
               6069 S. Fort Apache Rd., Ste. 100
               Las Vegas, NV 89148
               *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 18, 2018, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148