Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Dewann Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dewann Williams,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Santander Consumer USA, Inc.,<br><br>　　　　Defendant. | Case No. 2:18-cv-00679-RFB-GWF<br><br>**Stipulation of Dismissal of Santander Consumer USA, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dewann Williams ("Plaintiff") and Defendant Santander Consumer USA, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 16th day of November 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**TROUTMAN SANDERS LLP**

By: /s/ Virginia Bell Flynn
Lindsey H. Morales
Virginia Bell Flynn, Esq.
Chad R. Fuller, Esq.
1001 Haxall Point
Richmond, VA 23219
*Attorneys for Santander Consumer USA, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 16, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148