Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Dewann Williams*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dewann Williams,<br><br>                  Plaintiff,<br><br>v.<br><br>Santander Consumer USA, Inc.,<br><br>                  Defendant. | Case No. 2:18-cv-00679-RFB-GWF<br><br>**Stipulation of Dismissal of Santander Consumer USA, Inc.** |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff

2   Dewann Williams ("Plaintiff") and Defendant Santander Consumer USA, Inc.

3   ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against

4   Defendant only in this matter.   Each party will bear its own costs, disbursements,

5   and attorney fees.

6

7   DATED this 16th day of November 2018.

8

9   **KAZEROUNI LAW GROUP, APC**

10

11  By: /s/ Michael Kind_____
    Michael Kind, Esq.

12  6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148

13  *Attorneys for Plaintiff*

14

15  **TROUTMAN SANDERS LLP**

16  By: /s/ Virginia Bell Flynn_____
    Lindsey H. Morales

17  Virginia Bell Flynn, Esq.

18  Chad R. Fuller, Esq.
    1001 Haxall Point

19  Richmond, VA 23219

20  *Attorneys for Santander Consumer USA, Inc.*

21

22
                    IT IS SO ORDERED.
23
                    _____.
24
                    RICHARD F. BOULWARE, II
25                  United States District Judge
                    Dated:  November 20, 2018._____
26

27

28

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 16, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148